IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: **1:19-cr-00166-DLF-2** |
| | : | |
| MALIQUE LEWIS, | : | |
| Defendant. | : | |

### **DEFENDANT LEWIS WITNES LIST**

Defendant MALIQUE LEWIS anticipates the jury will hear from the following witness:

1. Maurice Braxton
2. Takia Reid
3. Antony Braxton
4. Maurice Baker
5. Robert Smith
6. Diamond Foster
7. Tiffany Reid

Respectfully submitted,
MALIQUE LEWIS
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MALIQUE LEWIS

1

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this July 16, 2024.

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MALIQUE LEWIS

2