IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.: 19-cr-0166-DLF |
| v. : | |
| MARCEL VINES and MALIQUE LEWIS, : | |
| *Defendants*. : | |

## JOINT STATUS REPORT

Pursuant to the Court's August 21, 2024 Minute Order,[1] the parties respectfully submit this joint status report. The parties conferred and are available for Sentencing on either November 14, 2024, or November 18, 2024.

Dated: September 9, 2024.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney

                                              */s/ Kimberley C. Nielsen*
                                              Kimberley C. Nielsen (N.Y. Bar No. 4034138)
                                              George Eliopoulos (D.C. Bar No. 390601)
                                              Colleen D. Kukowski (D.C. Bar No. 1012458)
                                              Assistant United States Attorneys
                                              Washington, D.C.  20530
                                              Telephone:    (202) 252-7418 (Nielsen)
                                                                     (202) 252-6957 (Eliopoulos)
                                                                     (202) 252-2546 (Kukowski)

                                              *Counsel for the United States of America*

---

[1] The parties apologize for the tardiness of this status report. There was a misunderstanding as to who was going to file the report with each party thinking the other was going to file.

    /s/ *Pleasant S. Brodnax, III*
Pleasant S. Brodnax, III, Esq.
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 462-1100
Email: pleasant.brodnax@gmail.com

*Counsel for Defendant Vines*


    /s/ *Robert L. Jenkins, Jr.*
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins, PLLC
1010 Cameron Street
Alexandria, VA 22314
Telephone: (703) 309-0899
Email: rjenkins@bynumandjenkinslaw.com

*Counsel for Defendant Lewis*